```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
------------------------------------------x
DOOLIM CORP                                    08 CV 01587

                Plaintiff
                                               AFFIDAVIT OF SERVICE
          -against-                            BY PERSONAL DELIVERY

R DOLL LLC a/k/a RUBBER DOLL and
STEVEN OSHATZ, Defendants, and
ROSENTHAL & ROSENTHAL, INC
Stakeholder Defendant
------------------------------------------x
State of New York
                    SS:
County of New York
```

I, Dave Mcleod, being duly sworn, depose as follows:

1. I am not a party to the action; am over eighteen years of age; reside in Old Mill Basin, New York and an employee in the office of BALLON STOLL BADER & NADLER, P.C. attorneys for the Plaintiff.

2. On the 21st day of February, 2008 I served the within **SUMMONS & COMPLAINT** upon

| | |
|---|---|
| (at approximately 11:20 a.m) | (at approximately 11:30 a.m) |
| **R Doll LLC a/k/a Rubber Doll and Steven Oshatz Defendants** | **Rosenthal & Rosenthal, Inc Stakeholder Defendant** |
| 530 Seventh Avenue, Suite 2805 | 1370 Broadway, 2nd Floor |
| New York, New York 10018 | New York, New York 10018 |

(a) By delivering a true copy of the original documents to **R Doll LLC a/k/a Rubber Doll** and leaving same with **Steven Oshatz**, Managing member of **R Doll LLC a/k/a Rubber Doll**. Deponent describes Steven Oshatz as follows: White Male, Glasses, 5'-10" tall, approximately 160 - 165 lbs, Brown hair, Blue eyes and approximately 45-50 years of age.

(b) By delivering a true copy of the original documents to **Steven Oshatz**, personally. Deponent describes Steven Oshatz as follows: White Male, Glasses, 5'-10" tall, approximately 160 – 165 lbs, Brown hair, Blue eyes and approximately 45-50 years of age.

(c) By delivering a true copy of the original documents to **Rosenthal & Rosenthal, Inc** and leaving same with the Legal Assistant to **David Flaxman, General Counsel** of **Rosenthal & Rosenthal, Inc**. Deponent describes Assistant as follows: White female, Glasses, 5' 8" tall, approximately 155-165 lbs, Black hair, brown eyes and approximately 45-55 years of age.

Dave Mcleod

Sworn to before me this
21st day of February, 2008

ROBERT A. KLIPSTEIN
NOTARY PUBLIC, State of New York
No. 31-02KL7305875
Qualified in New York County
Commission Expires Oct 31 2010