UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DOOLIM CORP.,

                08 CV 01587 (BSJ-HBP)

      Plaintiff,

  -against-            <u>DEFAULT JUDGMENT</u>

R DOLL LLC a/k/a RUBBER DOLL
and STEVEN OSHATZ,

      Defendants,

ROSENTHAL & ROSENTHAL, INC.,

      Stakeholder Defendant.
-------------------------------------------------------------x

  This action having been commenced on February 15, 2008 by the filing of a summons and complaint, and a copy of the summons and complaint having been personally served upon each of the defendants on February 21, 2008,

> (a) By delivering a true copy of the original documents to R Doll LLC a/k/a Rubber Doll and leaving same with Steven Oshatz, Managing member of R Doll LLC a/k/a Rubber Doll.
>
> (b) By delivering a true copy of the original documents to Steven Oshatz, personally.
>
> (c) By delivering a true copy of the original documents to Rosenthal & Rosenthal, Inc and leaving same with the Legal Assistant to David Flaxman, General Counsel of Rosenthal & Rosenthal, Inc.

  And proof of such service having been filed on February 22, 2008.

  And the defendants each having failed to file their answers or to otherwise move with respect to the complaint herein and the time within which to do so having expired,

And it appearing from the Complaint and from the Declaration of Huh Dal Wook, Chief Executive Officer of the Plaintiff, that Plaintiff is entitled to Judgment as demanded in the Complaint, it is

ORDERED, ADJUDGED AND DECREED that the plaintiff, Doolim Corp., have judgment against defendant R Doll LLC a/k/a Rubber Doll in the liquidated amount of $1,785,852.23 with interest at 9% from per annum from December 1, 2007 amounting to amounting to $80,363.35 plus costs and disbursements of this action in the amount of $375.00 amounting in all to $1,866,590.58.

and it if further

ORDERED, ADJUDGED AND DECREED that the Stakeholder Defendant, Rosenthal & Rosenthal, Inc. is ordered and directed to turn over and deliver to Doolim Corp. all funds held for the account of R Doll LLC to the extent of $1,866,590.58, net of the amount, if any, to which Rosenthal & Rosenthal, Inc. is entitled to retain.

and it if further

ORDERED, ADJUDGED AND DECREED that Doolim Corp. may sell, transfer, and otherwise deal in any R Doll or Rubber Doll branded Garments manufactured by Doolim Corp. pursuant to R Doll LLC's order and that compliance with this Order shall not be deemed an infringement upon or violation of any trademark rights vested in Oshatz or R Doll LLC.

Dated: New York, New York

_____
U.S.D.J.

This document was entered on the docket on

{00113916;1}

{00113916;1}