UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DOOLIM CORP.,

                Plaintiff,              08 CV 01587 (BSJ-HBP)

    -against-                  CLERK'S CERTIFICATE

R DOLL LLC a/k/a RUBBER DOLL
and STEVEN OSHATZ,

                Defendants,

ROSENTHAL & ROSENTHAL, INC.,

                Stakeholder Defendant.
------------------------------------------------------------x

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 15, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on each of the defendants on February 21, 2008,

        (a) By delivering a true copy of the original documents to R Doll LLC a/k/a Rubber Doll and leaving same with Steven Oshatz, Managing member of R Doll LLC a/k/a Rubber Doll.

        (b) By delivering a true copy of the original documents to Steven Oshatz, personally.

        (c) By delivering a true copy of the original documents to Rosenthal & Rosenthal, Inc and leaving same with the Legal Assistant to David Flaxman, General Counsel of Rosenthal & Rosenthal, Inc.

Proof of such service was filed on February 22, 2008.

{00113914;1}

I further certify that the docket entries indicate that the defendants have not filed answers or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated: New York, New York

J. MICHAEL MCMAHON
Clerk of the Court

By:_____

Deputy Clerk

{00113914;1}