UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOOLIM CORP.,                                                    08 CV 01587

                        Plaintiff,

      -against-

                                        DECLARATION
R DOLL LLC a/k/a RUBBER DOLL                                     IN SUPPORT OF
and STEVEN OSHATZ,                                               DEFAULT JUDGMENT

                      Defendants,
and

ROSENTHAL & ROSENTHAL, INC.,

                    Stakeholder Defendant.
------------------------------------------------------------x

              HUH DAL WOOK a/k/a DAN HUH, Chief Executive Officer of Doolim Corp.,

declares the following statements to be true under penalty of perjury:

        1.      Doolim Corp. ("Doolim") is a corporation duly organized and existing under and

pursuant to the laws of Korea, with its principal place of business at Doolim Bldg, 3rd Floor,

#448-1, Seongnae-Dong, Gangdong-Ku, Seoul, Korea.  Doolim is engaged in the business of

production of apparel goods and operates factories engaged in such production.

        2.      Between in or around April 2007 and in or around October 2007, Rubber Doll

prepared and transmitted to Doolim its purchase order numbers 100541, 100542, 100543,

100554, 100556, 100557, 100558, 100559, 100560, 100561, 100562, 100563, 100581, 100582,

100597, 100598, 100607, 100608, 100619,  100624, 100625,100626, 100627, 100653,  100654,

100655, 100656, 100657, 100658, 100659, 100660, 100662, 100663, 100664,100665, 100666,

100667, 100668, 100669, 100670, 100671, 100672, 100673, 100674 and 100675 pursuant to

which Rubber Doll ordered to be produced to their specifications and delivered to Rubber Doll

495,968 garments comprised of approximately 460,000 *Rubber Doll*® and *RDoll*® branded garments, and another 40,000 (approximately) private label garments (the "Garments"). The Garments are generally described as girls' and ladies' knit pants, knit tops and knit dresses. Defendant Steven Oshatz ("Oshatz") is the managing member of Rubber Doll and the registered owner of the *Rubber Doll*® and *RDoll*® Trademarks. Copies of documentation from the United States trademark registry reflecting Mr. Oshatz' ownership of the Trademarks are annexed hereto as Exhibit 1.

3.    Rubber Doll agreed to pay the aggregate LDP price of $1,985,782.23 for the Garments. Payments with respect to each shipment of Garments were due, per the contracted terms "ROG 15 Days," or 15 days from receipt by Rubber Doll of those Garments.

4.    Between on or about July 22, 2007 and on or about August 12, 2007, more than 77,500 Garments were manufactured and shipped by Doolim in accordance with Rubber Doll's orders, for which Rubber Doll was invoiced $381,026.10 under Doolim invoice numbers DM-257,  DM-20070724, DM-20070803, DM-222/223 and DM-225/229. All of those Garments were received by Rubber Doll on dates between July 25, 2007 and September 7, 2007. Copies of Doolim's business records, created and maintained in the ordinary course of its business with respect to those transactions, are annexed hereto as Exhibit 2.

5.    By September 22, 2007, Rubber Doll had not paid any portion of the $381,026.10 which was then due and owing to Doolim. Accordingly, Doolim required payment assurances prior to releasing any additional Garments to Rubber Doll.

6.    Following receipt of adequate assurances from Rubber Doll, Doolim dispatched an additional 153,684 Garments on October 9, 2007, having the LDP invoice price of

$638,782.00 (DM-308/307). In furtherance of the agreement, and as a condition for release of

the Garments to Rubber Doll, Rubber Doll transferred to Doolim the sum of $200,000.00 for

application against Invoice No. DM-308/307. Doolim also agreed to and did ship an additional

3,408 Garments to Rubber Doll on October 16 and November 7, 2007, all of which were

received by Rubber Doll on or before November 20, 2007. Copies of Doolim's business records,

created and maintained in the ordinary course of its business with respect to those transactions,

are annexed hereto as Exhibit 3.

7.      On November 25, 2007, in furtherance of their commitment to Rubber Doll,

Doolim shipped an additional 13,735 Garments having the aggregate LDP value of $67,433.75

(see Exhibit 4).

8.      By December 1, 2007, Rubber Doll had not made any further payments on

account of the Garments and there remained due $840,085.74 on account of Garments received

by Rubber Doll and $67,433.75 for goods in transit. Therefore, Doolim called for additional

assurances from Rubber Doll.

9.      On December 8, 2007, Doolim and Rubber Doll agreed, in writing, to a payment

schedule requiring payments as follows:

| | |
|---|---|
| December 14, 2007 | $200,000 |
| December 28, 2007 | 142,000 |
| January 11, 2008 | 100,000 |
| January 25, 2008 | 88,000 |
| April 20, 2008 | 401,000 |

A copy of the Agreement is annexed hereto as Exhibit 5.

10.     In addition, the December 8, 2007 agreement required that Rubber Doll establish,

by December 14, 2007, a documentary letter of credit in favor of Doolim, securing payment for

3

Garments in production for Rubber Doll's customer Kmart, having an LDP value of approximately $700,000.

11.    By December 14, 2007, Rubber Doll had neither paid $200,000 nor established a letter of credit in Doolim's favor.  Nevertheless, in good faith, Doolim continued production of goods for Rubber Doll while attempting to accommodate Rubber Doll's financial situation and obtain payment.

12.    By mid-January 2008, Rubber Doll had not yet paid any additional sums to Doolim and had not established a letter of credit in Doolim's favor.  Doolim exercised its right to suspend its performance and to avoid its contracts with Rubber Doll.

13.    In addition to the Garments which were delivered to and received by Rubber Doll, (a) 13,735 Garments having an aggregate LDP value of $67,433.75 are held by Doolim in California; (b) 38,450 Garments having an aggregate LDP value of $162,258.20 are completed and ready for shipment; and (c) production has been stopped with respect to 210,843 Garments having an aggregate LDP value of $716,004.44.  Copies of Doolim's business records, created and maintained in the ordinary course of its business and reflecting the foregoing facts, are annexed hereto as Exhibit 6.  The total amount due Doolim therefore is $1,785,852.23.

14.    Doolim seeks to mitigate its damages by selling the Garments and applying the proceeds of the sale to Rubber Doll's account.  However, doing so may violate the property rights of Oshatz, Rubber Doll and/or Rosenthal in and to the Mark.  Doolim therefore also asks the Court for a declaration permitting Doolim to sell the *Rubber Doll*® and *RDoll*® branded garments in its possession, with the labels and branding identification in tact, and apply to proceeds to Rubber Doll's account.

15.     Finally, Rosenthal & Rosenthal, Inc. ("Rosenthal"), by virtue of factoring arrangements between Rosenthal and Rubber Doll, is in possession of funds and outstanding receivables in which Rubber Doll has an interest net of Rosenthal's interest therein (the "Collateral").  I am informed and believe that the Collateral consists wholly of proceeds with respect to the Garments.  I am also informed and believe that the Collateral is significantly less than the amount owed Doolim.

16.     On February 8, 2008, Doolim perfected a purchase money security interest in the Garments and their proceeds and duly notified Rosenthal of the lien.  Copies of the lien Notice and record of filing with the Secretary of State of the State of New York are annexed hereto as Exhibit 7.  I believe, based upon information provided by Doolim's attorney, that Doolim's security interest is senior to any other security interests in and to the Collateral except to the extent of Rosenthal's possessory interest therein.  Doolim therefore seeks an Order of this Court directing Rosenthal to disburse all of the Collateral, net of Rosenthal's entitlement, to Doolim, which amount will be in partial satisfaction of the monies due Doolim from Rubber Doll.

17.     In summary, between on or about July 22, 2007 and on or about December 1, 2007, Doolim sold and delivered to Rubber Doll goods manufactured to Rubber Doll's order having the aggregate agreed-upon and reasonable price of   $1,107,519.59.   Rubber Doll paid $200,000.00 on account of the foregoing, leaving a balance due and owing in the amount of $907,519.59, no part of which has been paid although payment was demanded.  In addition, Doolim is entitled to the contract price of $878,332.64 on account of completed Garments and work on progress, held by Doolim at its factory.

18.     As partial satisfaction of the money judgment to which Doolim is entitled,

Doolim also asks for an Order entitling Doolim to recovery of the net Collateral held by Rosenthal and, finally, Doolim seeks an Order of this Court allowing Doolim to maximize their recovery from the sale of Garments in their possession by declaring in Doolim a limited license to do so without being in violation of trademark rights, with the proceeds being applied in partial satisfaction of the money judgment to which Doolim is entitled.

19.    I am advised by Doolim's attorney that none of the defendants have appeared in this action and that they are in default.  I am also advised by counsel that Doolim is therefore entitled to judgment on default.  Doolim respectfully requests that this Court enter judgment in its favor as detailed in this Declaration.

Dated:.        March   , 2008

HUH DAL WOOK

6

# <u>INVOICE</u>

TO MESSRS : R.DOLL, LLC
               530 7TH AVENUE,
               SUITE 2805,
               NEW YORK, NY 10018
               U.S.A.

INVOICE NO.:     DM-0257 [3200]

CONTRACT NO.:

SHIPPING DATE :   7/22/2007

FROM :   HOCHIMINH CITY, VIETNA,

TO :          NEW YORK,NY U.S.A

L/C NO.:   BY T/T

ISSUED BY :

| SHIPPING MARKS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| Style # color quantity in box description | **WOMEN'S KNIT DRESS** 95% RAYON 5% SPANDEX JERSEY STYLE NO.: 215340 PO NO.:   0505229 | 3,200 PCS | LDP USD 12.50 /PC | USD 40,000.00 |
|  |  | **3,200 PCS** |  | **USD 40,000.00** |

SAY TOTAL U.S. DOLLARS FORTY THOUSAND ONLY

WE HEREBY CERTIFY THAT NO SOLID WOOD PACKING MATERIALS ASSOCIATED WITH THIS SHIPMENT.

     M.I.D.: DOOLIM VINA CO.,LTD. [MID:VNDOOVIN1LON]
           1A NATIONAL WAY, LONG HIEP COMMUNE,
           BEN LUC DIST., LONG AN PROVINCE, VIETNAM

     CORRESPONDING BANK :
     INDUSTRIAL BANK OF KOREA (SWIFT:IBKOKRSE)
     50, 2GA, ULCHIRO, CHUNG-KU, SEOUL, SOUTH KOREA
     PAYEE : DOOLIM CORPORATION
     ACCOUNT# 019-002066-56-00014

A DOOLIM CORPORATION

PRESIDENT      S. K. JOO
                   D. W. HUH

SIGNATURE

# <u>INVOICE</u>

TO MESSRS : R.DOLL, LLC
            530 7TH AVENUE,
            SUITE 2805,
            NEW YORK, NY 10018
            U.S.A.

INVOICE NO.:    DM-20070724 [37230]

CONTRACT NO.:

FROM :    HOCHIMINH CITY, VIETNA,

SHIPPING DATE :  7/24/2007

TO :           LOS ANGELES, U.S.A.

L/C NO.:    BY T/T

ISSUED BY :

| SHIPPING MARKS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| Style #<br>color<br>quantity in box<br>description | **LADIES KNIT TOPS**<br>100% COTTON | | LDP | |
| | STYLE NO.: 376025<br>PO NO.: 27036 | 2,100 PCS | USD 3.95 /PC | USD 8,295.00 |
| | STYLE NO.: 376025<br>PO NO.: 27034 | 2,496 PCS | USD 3.95 /PC | USD 9,859.20 |
| | **LADIES KNIT TOPS**<br>60% COTTON 40% POLYESTER | | | |
| | STYLE NO.: 279057<br>PO NO.: 26439 | 3,504 PCS | USD 4.70 /PC | USD 16,468.80 |
| | STYLE NO.: 278875<br>PO NO.: 25691 | 5,208 PCS | USD 4.75 /PC | USD 24,738.00 |
| | STYLE NO.: 278875<br>PO NO.: 100563 | 12,792 PCS | USD 4.75 /PC | USD 60,762.00 |
| | **LADIES KNIT DRESS**<br>60% COTTON 40% POLYESTER | | | |
| | STYLE NO.: 274632<br>PO NO.: 100541 | 11,130 PCS | USD 4.30 /PC | USD 47,859.00 |
| | | **37,230 PCS** | | **USD 167,982.00** |

SAY TOTAL U.S. DOLLARS ONE HUNDRED SIXTY EIGHT THOUSAND ONE HUNDRED EIGHTY EIGHT
              AND CENTS FORTY ONLY

WE HEREBY CERTIFY THAT NO SOLID WOOD PACKING MATERIALS ASSOCIATED WITH THIS SHIPMENT.

    M.I.D.: DOOLIM VINA CO.,LTD. [MID:VNDOOVIN1LON]
         1A NATIONAL WAY, LONG HIEP COMMUNE,
         BEN LUC DIST., LONG AN PROVINCE, VIETNAM

    CORRESPONDING BANK :
    INDUSTRIAL BANK OF KOREA (SWIFT:IBKOKRSE)
    50, 2GA, ULCHIRO, CHUNG-KU, SEOUL, SOUTH KOREA
    PAYEE : DOOLIM CORPORATION
    ACCOUNT# 019-002066-56-00014

A DOOLIM CORPORATION

SIGNATURE     _____ PRESIDENT   S. K. JOO
                                        D. W. HUH

# <u>INVOICE</u>

TO MESSRS : R.DOLL, LLC
530 7TH AVENUE,
SUITE 2805,
NEW YORK, NY 10018
U.S.A.

INVOICE NO.:    DM-20070803 [17754]

CONTRACT NO.:

SHIPPING DATE :    8/3/2007

FROM :    HOCHIMINH CITY, VIETNA,

TO :    LOS ANGELES, U.S.A.

L/C NO.:    BY T/T

ISSUED BY :

| SHIPPING MARKS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| Style #<br>color<br>quantity in box<br>description | **GIRLS KNIT DRESS**<br>60% COTTON 40% POLYESTER<br>STYLE NO.: 274632<br>PO NO.:    100541 | | LDP<br><br><br>966 PCS | <br><br><br>USD 4.30 /PC |
| | STYLE NO.: 274670<br>PO NO.:    100542 | 9,000 PCS | USD 4.20 /PC | USD 37,800.00 |
| | **GIRLS KNIT PANTS**<br>95% COTTON 5% SPANDEX<br>STYLE NO.: 274931<br>PO NO.:    100543 | <br><br><br>5,088 PCS | <br><br><br>USD 3.20 /PC | <br><br><br>USD 16,281.60 |
| | **LADIES KNIT DRESS**<br>95% RAYON 5% SPANDEX<br>STYLE NO.: 278692<br>PO NO.:    53682 | <br><br><br>400 PCS | <br><br><br>USD 11.50 /PC | <br><br><br>USD 4,600.00 |
| | STYLE NO.: 278690<br>PO NO.:    53682 | 800 PCS | USD 12.00 /PC | USD 9,600.00 |
| | STYLE NO.: 215340<br>PO NO.:    0505423 | 1,500 PCS | USD 11.50 /PC | USD 17,250.00 |
| | | **17,754 PCS** | | **USD 89,685.40** |

Note: First row also shows USD 4,153.80 for 966 PCS at USD 4.30 /PC.

SAY TOTAL U.S. DOLLARS EIGHTY NINE THOUSAND SIX HUNDRED EIGHTY  FIVE AND CENTS FORTY ONLY

WE HEREBY CERTIFY THAT NO SOLID WOOD PACKING MATERIALS ASSOCIATED WITH THIS SHIPMENT.

M.I.D.: DOOLIM VINA CO.,LTD. [MID:VNDOOVIN1LON]
1A NATIONAL WAY, LONG HIEP COMMUNE,
BEN LUC DIST., LONG AN PROVINCE, VIETNAM

CORRESPONDING BANK :
INDUSTRIAL BANK OF KOREA (SWIFT:IBKOKRSE)
50, 2GA, ULCHIRO, CHUNG-KU, SEOUL, SOUTH KOREA
PAYEE : DOOLIM CORPORATION
ACCOUNT# 019-002066-56-00014

A DOOLIM CORPORATION

PRESIDENT        S. K. JOO
                 D. W. HUH

SIGNATURE

# INVOICE

TO MESSRS : R.DOLL, LLC
530 7TH AVENUE,
SUITE 2805,
NEW YORK, NY 10018
U.S.A.

FROM :  HOCHIMINH CITY, VIETNA,

L/C NO.:  BY T/T

INVOICE NO.:  DM-222/223 [9822]

CONTRACT NO.:

SHIPPING DATE :  8/7/2007

TO :  LOS ANGELES, U.S.A.

ISSUED BY :

| SHIPPING MARKS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| Style #<br>color<br>quantity in box<br>description | **GIRLS KNIT DRESS**<br>60% COTTON 40% POLYESTER<br>STYLE NO.: 274670<br>PO NO.:    100542 | 2,814 PCS | LDP<br><br>USD 4.20 /PC | USD 11,818.80 |
|  | **GIRLS KNIT PANTS**<br>95% COTTON 5% SPANDEX<br>STYLE NO.: 274931<br>PO NO.:    100543 | 7,008 PCS | USD 3.20 /PC | USD 22,425.60 |
|  |  | **9,822 PCS** |  | **USD 34,244.40** |

SAY TOTAL U.S. DOLLARS THIRTY FOUR THOUSAND TWO HUNDRED FORTY  FOUR AND CENTS FORTY ONLY

M.I.D.: DOOLIM VINA CO.,LTD. [MID:VNDOOVIN1LON]
1A NATIONAL WAY, LONG HIEP COMMUNE,
BEN LUC DIST., LONG AN PROVINCE, VIETNAM

CORRESPONDING BANK :
INDUSTRIAL BANK OF KOREA (SWIFT:IBKOKRSE)
50, 2GA, ULCHIRO, CHUNG-KU, SEOUL, SOUTH KOREA
PAYEE : DOOLIM CORPORATION
ACCOUNT# 019-002066-56-00014

DOOLIM CORPORATION

PRESIDENT       S. K. JOO
D. W. HUH

SIGNATURE _____

# <u>INVOICE</u>

TO MESSRS : R.DOLL, LLC
530 7TH AVENUE,
SUITE 2805,
NEW YORK, NY 10018
U.S.A.

FROM :    HOCHIMINH CITY, VIETNA,

L/C NO.:    BY T/T

INVOICE NO.:    DM-225~229 [9522]

CONTRACT NO.:

SHIPPING DATE :    8/12/2007

TO :    LOS ANGELES, U.S.A.

ISSUED BY :

| SHIPPING MARKS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| Style #<br>color<br>quantity in box<br>description | **GIRLS KNIT DRESS**<br>60% COTTON 40% POLYESTER<br>STYLE NO.: 278994<br>PO NO.:    100558 | <br><br><br>1,871 PCS | LDP<br><br><br>USD 4.80 /PC | <br><br><br>USD 8,980.80 |
| | STYLE NO.: 279026<br>PO NO.:    100559 | 1,939 PCS | USD 5.60 /PC | USD 10,858.40 |
| | STYLE NO.: 279016<br>PO NO.:    100560 | 1,862 PCS | USD 4.75 /PC | USD 8,844.50 |
| | STYLE NO.: 278926<br>PO NO.:    100561 | 1,861 PCS | USD 5.10 /PC | USD 9,491.10 |
| | STYLE NO.: 278950<br>PO NO.:    100562 | 1,989 PCS | USD 5.50 /PC | USD 10,939.50 |
| | | **9,522 PCS** | | **USD 49,114.30** |

SAY TOTAL U.S. DOLLARS FORTY NINE THOUSAND ONE HUNDRED FOURTEEN AND CENTS THIRTY ONLY

WE HEREBY CERTIFY THAT NO SOLID WOOD PACKING MATERIALS ASSOCIATED WITH THIS SHIPMENT.

M.I.D.: DOOLIM VINA CO.,LTD. [MID:VNDOOVIN1LON]
1A NATIONAL WAY, LONG HIEP COMMUNE,
BEN LUC DIST., LONG AN PROVINCE, VIETNAM

CORRESPONDING BANK :
INDUSTRIAL BANK OF KOREA (SWIFT:IBKOKRSE)
50, 2GA, ULCHIRO, CHUNG-KU, SEOUL, SOUTH KOREA
PAYEE : DOOLIM CORPORATION
ACCOUNT# 019-002066-56-00014

DOOLIM CORPORATION

PRESIDENT    S. K. JOO
D. W. HUH

SIGNATURE

# <u>INVOICE</u>

| | |
|---|---|
| TO MESSRS : R.DOLL, LLC<br>530 7TH AVENUE,<br>SUITE 2805,<br>NEW YORK, NY 10018<br>U.S.A. | INVOICE NO.:    DM-308/307 [153684]<br><br>CONTRACT NO.:<br><br>SHIPPING DATE :  10/9/2007 |
| FROM :   HOCHIMINH CITY, VIETNA, | TO :            LOS ANGELES, U.S.A. |
| L/C NO.:   BY T/T | ISSUED BY : |

| SHIPPING MARKS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| Style #<br>color<br>quantity in box<br>description | **LADIES KNIT PANTS**<br>95% COTTON/5% SPANDEX<br>STYLE NO.:  278707<br>PO NO.:    100607 | 84,558 PCS | LDP<br><br>USD 4.08 /PC | USD 344,996.64 |
| | **LADIES KNIT TOPS**<br>60% COTTON/40% POLYESTER<br>STYLE NO.:  378324<br>PO NO.:    100608 | 69,126 PCS | USD 4.25 /PC | USD 293,785.50 |
| | | **153,684 PCS** | | **USD 638,782.14** |

SAY TOTAL U.S. DOLLARS SIXTY SEVEN THOUSAND TWO HUNDRED FOURTEEN ONLY     *RCVD 200,00*
*oN 11/21*
*(Bal 438,782.14)*

WE HEREBY CERTIFY THAT NO SOLID WOOD PACKING MATERIALS ASSOCIATED WITH THIS SHIPMENT.

M.I.D.: DOOLIM VINA CO.,LTD. [MID:VNDOOVIN1LON]
1A NATIONAL WAY, LONG HIEP COMMUNE,
BEN LUC DIST., LONG AN PROVINCE, VIETNAM

CORRESPONDING BANK :
INDUSTRIAL BANK OF KOREA (SWIFT:IBKOKRSE)
50, 2GA, ULCHIRO, CHUNG-KU, SEOUL, SOUTH KOREA
PAYEE : DOOLIM CORPORATION
ACCOUNT# 019-002066-56-00014

A DOOLIM CORPORATION

PRESIDENT          S. K. JOO
                   D. W. HUH

**SIGNATURE** _____

# INVOICE

TO MESSRS : R.DOLL, LLC
530 7TH AVENUE,
SUITE 2805,
NEW YORK, NY 10018
U.S.A.

FROM :    HOCHIMINH CITY, VIETNA,

L/C NO.:    BY T/T

INVOICE NO.:    DM-0395 [3408]

CONTRACT NO.:

SHIPPING DATE :    BY FEDEX EXPRESS ETA NY OCT-16-2007
(B/L# 8633 7015 9006)

BY VESSEL    ETA LA NOV-07-2007

ISSUED BY :

| SHIPPING MARKS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| Style #<br>color<br>quantity in box<br>description | **LADIES KNIT DRESS**<br>60% COTTON/40% RAYON<br>STYLE NO.: 278692R<br>PO NO.: 1663012 | | LDP | |
| | by Fedex Express<br>by Vessel | 48 PCS<br>3,360 PCS | USD 5.95 /PC<br>USD 5.95 /PC | USD 285.60<br>USD 19,992.00 |
| | | **3,408 PCS** | | **USD 20,277.60** |

SAY TOTAL U.S. DOLLARS TWENTY THOUSAND TWO HUNDRED SEVENTY SEVEN AND CENTS SIXTY ONLY

WE HEREBY CERTIFY THAT NO SOLID WOOD PACKING MATERIALS ASSOCIATED WITH THIS SHIPMENT.

M.I.D.: DOOLIM VINA CO.,LTD. [MID:VNDOOVIN1LON]
1A NATIONAL WAY, LONG HIEP COMMUNE,
BEN LUC DIST., LONG AN PROVINCE, VIETNAM

CORRESPONDING BANK :
INDUSTRIAL BANK OF KOREA (SWIFT:IBKOKRSE)
50, 2GA, ULCHIRO, CHUNG-KU, SEOUL, SOUTH KOREA
PAYEE : DOOLIM CORPORATION
ACCOUNT# 019-002066-56-00014

DOOLIM CORPORATION

PRESIDENT    S. K. JOO
D. W. HUH

SIGNATURE

# INVOICE

TO MESSRS : R.DOLL, LLC
530 7TH AVENUE,
SUITE 2805,
NEW YORK, NY 10018
U.S.A.

INVOICE NO.:   DM-20071125 [13735]

CONTRACT NO.:

SHIPPING DATE : 2007-11-25

FROM :   HOCHIMINH CITY, VIETNA,

TO :   LOS ANGELES, U.S.A.

L/C NO.:   BY T/T

ISSUED BY :

| SHIPPING MARKS | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| Style # color quantity in box description | **LADIES KNIT SHIRTS** 60% COTTON/40% POLY | | LDP | |
| | STYLE NO.: 184297 PO NO.: 30877 | 1,200 PCS | USD 5.50 /PC | USD 6,600.00 |
| | STYLE NO.: 184340 PO NO.: 30877 | 1,200 PCS | USD 4.40 /PC | USD 5,280.00 |
| | STYLE NO.: 378324 PO NO.: 32003 | 2,869 PCS | USD 4.25 /PC | USD 12,193.25 |
| | STYLE NO.: 188297 PO NO.: 100653 | 2,808 PCS | USD 6.00 /PC | USD 16,848.00 |
| | STYLE NO.: 188340 PO NO.: 100654 | 2,808 PCS | USD 5.00 /PC | USD 14,040.00 |
| | STYLE NO.: 378324 PO NO.: 100655 | 1,050 PCS | USD 4.25 /PC | USD 4,462.50 |
| | **LADIES KNIT DRESS** 60% COTTON/40% POLY STYLE NO.: 378099 PO NO.: 32028 | 1,800 PCS | USD 4.45 /PC | USD 8,010.00 |
| | | **13,735 PCS** | | **USD 67,433.75** |

SAY TOTAL U.S. DOLLARS SIXTY SEVEN THOUSAND FOUR HUNDRED THIRTY THREE AND CENTS SEVENTY FIVE ONLY

WE HEREBY CERTIFY THAT NO SOLID WOOD PACKING MATERIALS ASSOCIATED WITH THIS SHIPMENT.

M.I.D.: DOOLIM VINA CO.,LTD. [MID:VNDOOVIN1LON]
1A NATIONAL WAY, LONG HIEP COMMUNE,
BEN LUC DIST., LONG AN PROVINCE, VIETNAM

CORRESPONDING BANK :
INDUSTRIAL BANK OF KOREA (SWIFT:IBKOKRSE)
50, 2GA, ULCHIRO, CHUNG-KU, SEOUL, SOUTH KOREA
PAYEE : DOOLIM CORPORATION
ACCOUNT# 019-002066-56-00014

**A DOOLIM CORPORATION**

PRESIDENT    S. K. JOO
D. W. HUH

SIGNATURE

## Doolim / R Doll Payment Schedule

**All open invoices received through 12/30/07**

| December | 14-Dec-07 | $ | 200,000.00 |
|----------|-----------|---|-----------|
| December | 28-Dec-07 | $ | 142,000.00 |

| Janaury | 11-Jan-08 | $ | 100,000.00 |
|---------|-----------|---|-----------|
| Janaury | 25-Jan-08 | $ | 88,000.00 |

| April | 20-Apr-08 | $ | 401,000.00 |
|-------|-----------|---|-----------|

Set up L/C for K-mart order scheduled to X factory January 2008
L/C due to by 12/14/07

R Doll LLC

Steven Oshatz _____ 12/7/07

Jerri Nagy _____ 12/8/07

Doolim

Dan Huh _____ DEC/08/2007.

Ted Lee _____ Dec 08. 2007

**Doolim**

| Factory PO's | AMOUNT | | DATE SHIPPED |
|---|---|---|---|

| Container US Cutoms | | | |
|---|---|---|---|
| STYLE | | | |
| 184297 | $ 22,044.00 | | IN CUSTOMS |
| 184340 | $ 17,635.20 | | IN CUSTOMS |
| 378099 | $ 8,010.00 | | IN CUSTOMS |
| 378324 | $ 16,655.75 | | IN CUSTOMS |
| Total | $ 64,344.95 | | |

| Scheduled to X Factory 1/14 | | | |
|---|---|---|---|
| 188312A | $ 13,906.20 | | Pending Delivery |
| 188036A | $ 7,715.40 | | Pending Delivery |
| 279043 | $ 15,000.00 | | Pending Delivery |
| 378176A/B/C | $ 29,667.00 | | Pending Delivery |
| 188289 | $ 451,452.70 | | Pending Delivery |
| 278515 | $ 21,483.00 | | Pending Delivery |
| 188037 | $ 11,422.80 | | Pending Delivery |
| 378099R | $ 94,736.60 | | Pending Delivery |
| 188309/279R/307R/281R | $ 231,639.24 | | Pending Delivery |
| Total | $ 877,022.94 | | |

# OUTSTANDING ORDER CHART (Rubber Doll)

| | | | | UPDATED: | 2008-01-09 |
|---|---|---|---|---|---|
| STYLE # | PO# | FABRIC | P.O. QTY | PRODUCTION PERIOD | LDP AMOUNT |
| 188036A | 100668 | 60% COTTON 40% POLYESTER SOLID JERSEY 110~120GR/M2 | 648PCS | finished | US$2,494.80 |
| 188036A | 100670 | 60% COTTON 40% POLYESTER SOLID JERSEY 110 ~ 120GR/M2 | 180PCS | finished | US$693.00 |
| 188036A | 100671 | 60% COTTON 40% POLYESTER SOLID JERSEY 110~120GR/M2 | 1,176PCS | finished | US$4,527.60 |
| 188312A | 100667 | 60% COTTON 40% POLYESTER SOLID JERSEY 110~120GR/M2 | 648PCS | finished | US$2,494.80 |
| 188312A | 100669 | 60% COTTON 40% POLYESTER SOLID JERSEY 110 ~ 120GR/M2 | 600PCS | finished | US$2,310.00 |
| 188312A | 100672 | 60% COTTON 40% POLYESTER SOLID JERSEY 110~120GR/M2 | 2,364PCS | finished | US$9,101.40 |
| 279043 | 100664 | 60% COTTON 40% POLYESTER PRINT JERSEY 110~120GR/M2 | 3,000PCS | finished | US$10,500.00 |
| 279043 | 100665 | 60% COTTON 40% POLYESTER PRINT JERSEY 110 ~ 120GR/M2 | 1,500PCS | finished | US$5,250.00 |
| 378176 | 100666 | 60% COTTON 40% POLYESTER PRINT JERSEY 110 ~ 120GR/2 | 1,380PCS | finished | US$4,623.00 |
| 378176 | 100673 | 60% COTTON 40% POLYESTER PRINT JERSEY 110 ~ 120GR/M2 | 7,620PCS | finished | US$25,527.00 |
| 188037 | 100674 | 60% COTTON 40% POLYESTER SOLID JERSEY 110 ~ 120GR/M2 | 2,556PCS | 12/24 ~ 1/18 | US$9,712.80 |
| 188037 | 100675 | 60% COTTON 40% POLYESTER SOLID JERSEY 110 ~ 120GR/M2 | 450PCS | 12/24 ~ 1/18 | US$1,710.00 |
| 278515 | 100662 | 100% COTTON SINGLE JERSEY 120 ~ 130GR/M2 | 6,510PCS | finished | US$21,483.00 |
| 188289 | 100659 | 60% COTTON 40% POLYESTER STRIPE JERSEY 110 ~ 120GR/M2 | 3,185PCS | 12/24 ~ 1/18 | US$10,669.75 |
| 188289 | 100663 | 60% COTTON 40% POLYESTER STRIPE JERSEY 110 ~ 120GR/M2 | 3,402PCS | 12/24 ~ 1/18 | US$11,396.70 |
| 188309/279R/307R/281R | 100656 | 60% COTTON 40% POLYESTER SOLID JERSEY 110 ~ 120GR/M2 | 4,081PCS | 12/24 ~ 1/18 | US$14,201.88 |
| 188289 | 100660 | 60% COTTON 40% POLYESTER STRIPE JERSEY 110 ~ 120GR/M2 | 128,177PCS | 12/24 ~ 1/18 | US$429,392.95 |
| 188309/279R/307R/281R/308R | 100657 | 60% COTTON 40% POLYESTER SOLID JERSEY 110 ~ 120GR/M2 | 62,482PCS | 12/24 ~ 1/18 | US$217,437.36 |
| 378099R | 100658 | 60% COTTON 40% POLYESTER PRINTED JERSEY 110 ~ 120GR/M2 | 19,334PCS | finished | US$94,736.60 |
| G.TOTAL | | | 249,293PCS | | US$878,262.64 |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 5 04:12:33 EDT 2008*

**TESS Homepage New User Form Structured Form Search Free Form Search Browse Dictionary Index Search OG Bottom On-line Help** previous TOC list current TOC list next TOC list go to first document go to previous document go to next document go to last document Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____ **Record 3 out of 6**

**LINK TO TARR LINK TO TRADEMARK ASSIGNMENTS LINK TO TRADEMARK DOCUMENT RETRIEVAL LINK TO TTAB VUE** *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | RUBBER DOLL |
| **Goods and Services** | IC 025. US 022 039. G & S: UNDERWEAR, FOOTWEAR, SKI WEAR, SLEEP WEAR, CAPS, HEADBANDS, BELTS, SOCKS AND WRISTBANDS. FIRST USE: 20060900. FIRST USE IN COMMERCE: 20060900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76481748 |
| **Filing Date** | January 13, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | September 28, 2004 |
| **Registration Number** | 3411894 |
| **Registration Date** | April 15, 2008 |
| **Owner** | (REGISTRANT) **OSHATZ**, STEVEN L. INDIVIDUAL UNITED STATES 51 Diamond Drive Newtown PENNSYLVANIA 189402404 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Timothy D. Pecsenye, Alfred W. Zaher, Cindy A. Elliot, David M. Perry, Emily J. Barnhart, Bruce D. George, Sean W. Dwyer, Lisa Casey Spaniel, Megan E. Spitz and Zachary A. Aria |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Case 1:08-cv-01587-BSJ-HBP   Document 8-7   Filed 06/05/2008   Page 2 of 2

**TESS Homepage New User Form Structured Form Search Free Form Search Browse Dictionary Index Search OG Top On-line Help** previous TOC list **current TOC list** next TOC list **go to first document** **go to previous document** **go to next document** **go to last document**

|.**HOME** | **SITE INDEX**| **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 5 04:12:33 EDT 2008*

**TESS Homepage New User Form Structured Form Search Free Form Search Browse Dictionary Index Search OG Bottom On-line Help** previous TOC list **current TOC list** next TOC list **go to first document go to previous document go to next document go to last document** Logout Please logout when you are done to release system resources allocated for you.

Start List At: [＿＿＿] OR Jump to record: [＿＿＿] **Record 4 out of 6**

**LINK TO TARR LINK TO TRADEMARK ASSIGNMENTS LINK TO TRADEMARK DOCUMENT RETRIEVAL LINK TO TTAB VUE** *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | RUBBER DOLL |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING, NAMELY, BEACHWEAR, LOUNGEWEAR, RAINWEAR, SWIM WEAR, TENNIS WEAR, T-SHIRTS, BLOUSES, SHORTS, JEANS, HATS, JOGGING SUITS, TANK TOPS, SKIRTS, GOLF SHIRTS AND GLOVES. FIRST USE: 20050630. FIRST USE IN COMMERCE: 20050630 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76978230 |
| **Filing Date** | January 13, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | September 28, 2004 |
| **Registration Number** | 3142757 |
| **Registration Date** | September 12, 2006 |
| **Owner** | (REGISTRANT) **OSHATZ**, STEVEN L. INDIVIDUAL UNITED STATES 51 Diamond Drive Newtown PENNSYLVANIA 189402404 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Timothy D. Pecsenye, Alfred W. Zaher, Cindy A. Elliot, David M. Perry, Emily J. Barnhart, Bruce D. George, Sean W. Dwyer, Lisa Casey Spaniel, Megan E. Spitz and Zachary A. Aria |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**TESS Homepage New User Form Structured Form Search Free Form Search Browse Dictionary Index Search OG Top On-line Help** previous TOC list current TOC list next TOC list go to first document go to previous document go to next document go to last document

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 5 04:12:33 EDT 2008*

**TESS Homepage New User Form Structured Form Search Free Form Search Browse Dictionary Index Search OG Bottom On-line Help** previous TOC list **current TOC list** next TOC list **go to first document go to previous document go to next document go to last document** Logout Please logout when you are done to release system resources allocated for you.

Start List At: [＿＿＿＿] OR Jump to record: [＿＿＿＿] **Record 5 out of 6**

---

**LINK TO TARR LINK TO TRADEMARK ASSIGNMENTS LINK TO TRADEMARK DOCUMENT RETRIEVAL LINK TO TTAB VUE** *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | RUBBER DOLL |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING, NAMELY, HEADWEAR, HATS, SHIRTS, SWEATSHIRTS, SWEAT PANTS, PANTS, JACKETS, COATS, WARM-UP SUITS AND SCARVES. FIRST USE: 20040801. FIRST USE IN COMMERCE: 20040801 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76977460 |
| **Filing Date** | January 13, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 28, 2004 |
| **Registration Number** | 2960670 |
| **Registration Date** | June 7, 2005 |
| **Owner** | (REGISTRANT) **OSHATZ**, STEVEN L. INDIVIDUAL UNITED STATES 51 Diamond Drive Newtown PENNSYLVANIA 189402404 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Timothy D. Pecsenye, Alfred W. Zaher, Cindy A. Elliot, David M. Perry, Emily J. Barnhart, Bruce D. George, Sean W. Dwyer, Lisa Casey Spaniel, Megan E. Spitz and Zachary A. Aria |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**TESS Homepage New User Form Structured Form Search Free Form Search Browse Dictionary Index Search OG Top On-line Help** previous TOC list **current TOC list** next TOC list **go to first document** **go to previous document** **go to next document** **go to last document**

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 5 04:12:33 EDT 2008*

**TESS Homepage New User Form Structured Form Search Free Form Search Browse Dictionary Index Search OG Bottom On-line Help** previous TOC list current TOC list next TOC list go to first document go to previous document go to next document go to last document Logout Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____ **Record 6 out of 6**

**LINK TO TARR LINK TO TRADEMARK ASSIGNMENTS LINK TO TRADEMARK DOCUMENT RETRIEVAL LINK TO TTAB VUE** *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | RUBBER DOLL |
| **Goods and Services** | IC 025. US 022 039. G & S: SWEATERS. FIRST USE: 20030103. FIRST USE IN COMMERCE: 20030103 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76977459 |
| **Filing Date** | January 13, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 28, 2004 |
| **Registration Number** | 2947578 |
| **Registration Date** | May 10, 2005 |
| **Owner** | (REGISTRANT) **OSHATZ**, STEVEN L. INDIVIDUAL UNITED STATES 51 Diamond Drive Newtown PENNSYLVANIA 189402404 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Timothy D. Pecsenye, Alfred W. Zaher, Cindy A. Elliot, David M. Perry, Emily J. Barnhart, Bruce D. George, Sean W. Dwyer, Lisa Casey Spaniel, Megan E. Spitz and Zachary A. Aria |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**TESS Homepage New User Form Structured Form Search Free Form Search Browse**

**Dictionary Index Search OG Top On-line Help** previous TOC list **current TOC list** next TOC list
**go to first document** **go to previous document** go to next document go to last document

---

| **.HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 5 04:12:33 EDT 2008*

**TESS Homepage New User Form Structured Form Search Free Form Search Browse Dictionary Index Search OG Bottom On-line Help** previous TOC list current TOC list next TOC list go to first document go to previous document go to next document go to last document
Logout Please logout when you are done to release system resources allocated for you.

Start List At: [ ] OR Jump to record: [ ] **Record 1 out of 6**

---

**LINK TO TARR LINK TO TRADEMARK ASSIGNMENTS LINK TO TRADEMARK DOCUMENT RETRIEVAL LINK TO TTAB VUE** *( Use the "Back" button of the Internet Browser to return to TESS)*

Mark Image

| | |
|---|---|
| **Word Mark** | RDOLL |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING, NAMELY, BEACHWEAR, UNDERWEAR, HEADWEAR, LOUNGEWEAR, RAINWEAR, SKI WEAR, SLEEPWEAR, SWIM WEAR, TENNIS WEAR, SHIRTS, SWEATSHIRTS, T-SHIRTS, BLOUSES, SWEAT PANTS, SHORTS, PANTS, JEANS, CAPS, HATS, JACKETS, JOGGING SUITS, COATS, HEADBANDS, TANK TOPS, SKIRTS, WARM-UP SUITS, BELTS, SOCKS, GOLF SHIRTS, WRISTBANDS, GLOVES, SCARVES, AND SWEATERS. FIRST USE: 20050428. FIRST USE IN COMMERCE: 20050428. <br><br> IC 026. US 037 039 040 042 050. G & S: PONYTAIL HOLDERS AND BARRETTES. FIRST USE: 20050428. FIRST USE IN COMMERCE: 20050428 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points <br> 02.05.01 - Busts of children; Children, heads, portraiture, busts; Heads of children <br> 02.05.04 - Children, girl(s); Girls <br> 27.03.02 - Humans forming letters or numerals; Humans forming punctuation |
| **Serial Number** | 78522791 |
| **Filing Date** | November 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 11, 2005 |
| **Registration Number** | 3131039 |
| **Registration Date** | August 15, 2006 |
| **Owner** | (REGISTRANT) **Oshatz**, Steven L. INDIVIDUAL UNITED STATES 51 Diamond Drive Newtown PENNSYLVANIA 189402404 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| **Attorney of Record** | Timothy D. Pecsenye, Alfred W. Zaher, Cindy A. Elliot, David M. Perry, Emily J. Barnhart, Bruce D. George, Sean W. Dwyer, Lisa Casey Spaniel, Megan E. Spitz and Zachary A. Aria |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**TESS Homepage New User Form Structured Form Search Free Form Search Browse Dictionary Index Search OG Top On-line Help** previous TOC list **current TOC list** next TOC list go to first document go to previous document **go to next document go to last document**

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY