```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
DOOLIM CORPORATION,                 :
                                    :
                       Plaintiff,   :    08 CV 1587 (BSJ)(HBP)
                                    :
            -v-                     :    ORDER
                                    :
R DOLL LLC a/k/a RUBBER DOLL and    :
STEVEN OSHATZ,                      :
                       Defendant,   :
                                    :
ROSENTHAL & ROSENTHAL, INC.,        :
                                    :
            Stakeholder Defendant.  :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT COURT JUDGE**

This Action was commenced on February 15, 2008 by filing a Summons and Complaint, a copy of which was personally served upon each Defendant on February 21, 2008. A proof of service was filed on February 22, 2008. Defendants did not answer the Complaint and the time for answer has expired.

Accordingly, it is hereby ordered and adjudged that Plaintiff shall have judgment against Defendants R DOLL LLC a/k/a RUBBER DOLL and ROSENTHAL & ROSENTHAL, INC., with the amount of damages, costs, and attorneys' fees to be determined by inquest. The matter is hereby referred to Magistrate Judge Pitman for an inquest as to damages.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

**SO ORDERED:**

Dated:    New York, New York
         July 15, 2008

                              _____
                              **BARBARA S. JONES**
                              United States District Judge