USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
DOOLIM CORPORATION                 :
                  Plaintiff,       :    08 Civ. 1587 (BSJ) (HBP)
                                   :
       -against-                   :    SCHEDULING
                                   :    ORDER
R DOLL LLC, et al.                 :
                                   :
                  Defendants.      :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

This matter having been referred to me to conduct an inquest and to report and recommend concerning plaintiff's damages, it is hereby ORDERED that:

1. Plaintiff shall submit proposed findings of fact and conclusions of law concerning damages no later than September 30, 2008. All factual assertions made by plaintiff are to be supported by either affidavit or other material of evidentiary weight.

2. Defendants shall submit their response to Plaintiff's submission, if any, no later than October 30, 2008. IF DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S SUBMISSIONS, OR (2) FAIL TO CONTACT MY CHAMBERS BY OCTOBER 30, 2008 AND REQUEST AN IN-COURT HEARING, IT IS MY INTENTION TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES ON THE BASIS OF

PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997); Fustok v. ContiCommodity Services Inc., 873 F.2d 38, 40 (2d Cir. 1989) ("[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.")

Dated: New York, New York
July 31, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies Mailed To:

Susan Schneiderman, Esq.
Ballon, Stoll, Bader & Nadler
729 Seventh Avenue
17th Flor
New York, New York 10019

R Doll LLC.
Mr. Steven Oshatz
530 Seventh Avenue
Suite 2805
New York, New York 10018

Rosenthal & Rosenthal, Inc.
1370 Broadway
2nd. Floor
New York, New York 10018